

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ranger Abbott, Appellant

No. 06-12-00020-CV        v.

Liberty National Bank, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 79988). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Ranger Abbott, pay all costs of this appeal.

RENDERED FEBRUARY 1, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk